IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Nationwide Property & Casualty Insurance Co., )<br><br>Plaintiff, )<br><br>vs. )<br><br>Gabriela Salas; Ricardo Villegas; and James Hill, )<br><br>Defendants. ) | C/A No.: 0:21-746-MGL-SVH<br><br><br><br>ORDER |

This matter comes before the court on a review of the docket, which reveals no evidence of plaintiff having effected proper service on defendant Ricardo Villegas. The summons was issued on March 16, 2021, and expired on June 14, 2021. [ECF No. 20]. Rule 4(m) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).

Plaintiff is hereby placed on notice that unless good cause is shown to the court by August 10, 2021, for its failure to effect service of the summons and complaint on Ricardo Villegas, plaintiff's action will be recommended for

dismissal without prejudice. To the extent that service has been effected, plaintiff is reminded of Fed. R. Civ. P. 4(l), which requires proof of service must be made to the court.

IT IS SO ORDERED.

July 27, 2021
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge